**Julia E. Markley, OSB No. 000791**
jmarkley@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch St, 10th Fl
Portland, OR 97209-4128
Telephone: 503.727.2000

**Katherine E. Page, WSB No. 32903**
*Admitted Pro Hac Vice*
kpage@perkinscoie.com
PERKINS COIE LLP
1301 Second Ave, Ste 4200
Seattle, WA 98101-3804
Telephone: 206.359.8000
        *Attorneys for Plaintiff*

**Jeffrey C. Miller, OSB No. 121586**
jeff.miller@millernash.com
MILLER NASH LLP
1140 SW Washington St., Ste 700
Portland, OR 97205
Telephone: 503.224.5858
        *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

THE BOEING COMPANY,

        Plaintiff,

        v.

CASCADE CORPORATION,

        Defendant.

Case No. 3:89-CV-00119-YY

**STIPULATED SUPPLEMENTAL JUDGMENT (FOURTH QUARTER 2025)**

In a February 1996 opinion and order, this Court held that defendant Cascade

Corporation ("Cascade") should pay 70 percent and that plaintiff The Boeing Company

Page 1 of 3    STIPULATED SUPPLEMENTAL JUDGMENT (FOURTH QUARTER 2025)

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
1140 SW WASHINGTON ST, STE 700
PORTLAND, OR 97205

4935-3477-8774.1

("Boeing") should pay 30 percent of necessary future costs incurred to investigate and remediate contamination located within an area known as the Troutdale Sandstone Aquifer ("TSA"). Since shortly after entry of the judgment, Cascade and Boeing have sought to reach a stipulated accounting of quarterly costs, consistent with this Court's decision.

The parties have now completed the joint accounting of costs allocable to the TSA for the fourth quarter of 2025, from October 1, 2025, through December 31, 2025. The amount owed by Cascade to Boeing on account of TSA costs for this period is stipulated to be $636.95.

**IT IS SO STIPULATED:**

PERKINS COIE LLP

/s/ *Katherine E. Page*                                                Dated: March 12, 2026
Katherine E. Page, WSB No. 32903
Attorneys for The Boeing Company

MILLER NASH, LLP

/s/ *Jeffrey C. Miller*                                                Dated: March 12, 2026
Jeffrey C. Miller, OSB No. 121586
Attorneys for Cascade Corporation

**ORDER**

This matter having come before the Court on the stipulation of the parties, and the Court having reviewed the stipulation and being fully advised of the content of it, and the Court having found that the stipulation will serve the efficient administration of justice, and for good cause showing,

Page 2 of 3    STIPULATED SUPPLEMENTAL JUDGMENT (FOURTH QUARTER 2025)

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503 224 5858
1140 SW WASHINGTON ST, STE 700
PORTLAND, OR 97205

4935-3477-8774.1

IT IS HEREBY ORDERED that this Stipulated Supplemental Judgment (Fourth Quarter 2025) is approved.

DATED this _23rd_ day of _March_____, 2026.

_/s/ Youlee Yim You_____
U.S. Magistrate Judge

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE 503.224.5858
1140 SW WASHINGTON ST, STE 700
PORTLAND, OR 97205

4935-3477-8774.1