**Julia E. Markley, OSB No. 000791**
jmarkley@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch St, 10th Fl
Portland, OR 97209-4128
Telephone: 503.727.2000

**Katherine E. Page, WSB No. 32903**
*Admitted Pro Hac Vice*
kpage@perkinscoie.com
PERKINS COIE LLP
1301 Second Ave, Ste 4200
Seattle, WA 98101-3804
Telephone: 206.359.8000
*Attorneys for Plaintiff*

**Jeffrey C. Miller, OSB No. 121586**
jeff.miller@millernash.com
MILLER NASH LLP
1140 SW Washington St., Ste 700
Portland, OR 97205
Telephone: 503.224.5858
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

THE BOEING COMPANY,

Plaintiff,

v.

CASCADE CORPORATION,

Defendant.

Case No. 3:89-CV-00119-YY

**STIPULATED SUPPLEMENTAL JUDGMENT (SECOND QUARTER 2026)**

In a February 1996 opinion and order, this Court held that defendant Cascade Corporation ("Cascade") should pay 70 percent and that plaintiff The Boeing Company

("Boeing") should pay 30 percent of necessary future costs incurred to investigate and remediate contamination located within an area known as the Troutdale Sandstone Aquifer ("TSA"). Since shortly after entry of the judgment, Cascade and Boeing have sought to reach a stipulated accounting of quarterly costs, consistent with this Court's decision.

The parties have now completed the joint accounting of costs allocable to the TSA for the second quarter of 2026, from April 1, 2026, through June 30, 2026. The amount owed by Boeing to Cascade on account of TSA costs for this period is stipulated to be $23,392.97.

**IT IS SO STIPULATED:**

PERKINS COIE LLP

*/s/ Katherine E. Page*
Katherine E. Page, WSB No. 32903
Attorneys for The Boeing Company

Dated: October 13, 2026

MILLER NASH, LLP

*/s/ Jeffrey C. Miller*
Jeffrey C. Miller, OSB No. 121586
Attorneys for Cascade Corporation

Dated: October 13, 2026

**ORDER**

This matter having come before the Court on the stipulation of the parties, and the Court having reviewed the stipulation and being fully advised of the content of it, and the Court having found that the stipulation will serve the efficient administration of justice, and for good cause showing,



MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
1140 SW WASHINGTON ST, STE 700
PORTLAND, OR 97205

IT IS HEREBY ORDERED that this Stipulated Supplemental Judgment (Second Quarter 2026) is approved.

DATED this 13th day of October, 2026.

/s/ Youlee Yim You
Youlee Yim You
U.S. Magistrate Judge



MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
1140 SW WASHINGTON ST, STE 700
PORTLAND, OR 97205